Michael E. Auerbach, Esq.
McCalla Raymer Leibert Pierce, LLC
420 Lexington Avenue – Ste. 840
New York, NY 10170
Telephone: 214-550-4155
*Attorneys for Defendants,*
*J.P. Morgan Chase Bank, N.A., Kevin McHale,*
*Datwan Green, Brandon North, and Mark T. Brewer*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFRA LEVIN AND ISAAC LEVIN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>J.P. MORGAN CHASE BANK, N.A., KEVIN MCHALE, DATWAN GREEN, AND BRANDON NORTH, MARK T. BREWER,<br><br>　　　Defendants. | *Document filed electronically*<br><br>Civil Action No.: 2:18-cv-03840<br><br>**CERTIFICATE OF SERVICE** |

I, Michael E. Auerbach, do hereby certify, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate with McCalla Raymer Leibert Pierce, LLC, attorneys for the Defendants in the above-captioned civil action. I am admitted to practice in this Court and am a member in good standing.

2. On August 31, 2018, I caused Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion with supporting Declaration of Michael E. Auerbach, Esq. (including Exhs. 1-5) to be served upon the following via CM/ECF and FedEx Delivery:

      Isaac Levin
      960 Cliffside Avenue
      N. Woodmere, NY 11581

      Ofra Levin
      960 Cliffside Avenue
      N. Woodmere, NY 11581

      I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 31, 2018                               By:  /s/ *Michael E. Auerbach*
                                                                   Michael E. Auerbach, Esq.