September 13, 2018

Hon. Joan M. Azrack
District Court Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

Re: Docket# 18-cv-03840-JMA-AYS, Levin v. JP Morgan Chase, et. al.

Dear Judge Azrack,

    As the Court is aware, my name is Isaac Levin. Joining me is my wife Ofra Levin, plaintiffs in the above action.

    On August 14, 2018 this Honorable Court established a schedule for the opposition to the currently pending motion to remand. The opposition papers were served. Plaintiffs further support is due before September 18, 2018.

    September is a condensed month of Jewish holidays. It is currently the days of repentance and defendants' attorney is in need for much of it.

    Plaintiffs are in need for additional time to clear out of the holidays and to address new arguments in defendants' papers.

    The holidays end September 30, 2018. Plaintiffs seek to file the in-support on or before October 2, 2018.

    As a side note, Plaintiffs are getting ECF notifications. Therefore, there is no need of the clerk of the court to send a mailed copy.

                                                Respectfully submitted,

                                                /s/ Isaac Levin
                                                Isaac Levin
                                                960 Cliffside Avenue
                                                N. Woodmere NY 11581
                                                isaaclevin2010@gmail.com
                                                516-374-0188

                                                /s/ Ofra Levin
                                                Ofra Levin
                                                960 Cliffside Avenue
                                                N. Woodmere NY 11581
                                                ofrarlevin@gmail.com
                                                516-792-5858

Service on all attorneys by ECF.