September 26, 2018

Hon. Joan M. Azrack
District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Docket# 18-cv-03840-JMA-AYS, Levin v. JP Morgan Chase, et. al.

Dear Judge Azrack,

As the Court is aware, my name is Isaac Levin. Joining me is my wife Ofra Levin, plaintiffs in the above action.

On September 13, 2018 this Honorable Court granted Plaintiffs' request for additional time to file the in-support on or before October 2, 2018.

The holidays end on October 2, 2018 and obviously it was a bad date. The last 10 days were mostly nonproductive.

Plaintiffs seek another short extension of time to file by October 8, 2018. Plaintiffs sincerely apologize.

Respectfully submitted,

/s/ Isaac Levin
Isaac Levin
960 Cliffside Avenue
N. Woodmere NY 11581
isaaclevin2010@gmail.com
516-374-0188

/s/ Ofra Levin
Ofra Levin
960 Cliffside Avenue
N. Woodmere NY 11581
ofrarlevin@gmail.com
516-792-5858

Service on all attorneys by ECF.

1