October 2, 2018

Hon. Joan M. Azrack
District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Docket# 18-cv-03840-JMA-AYS, Levin v. JP Morgan Chase, et. al.

Dear Judge Azrack,

  As the Court is aware, my name is Isaac Levin. Joining me is my wife Ofra Levin, plaintiffs in the above action.

  On September 26, 2018 Plaintiffs sought additional time to file Plaintiffs' in support of motion. [23] Plaintiff is withdrawing the letter/motion at this time and will file in accordance with the existing schedule.

                Respectfully submitted,

                /s/ Isaac Levin
                Isaac Levin
                Plaintiff
                960 Cliffside Avenue
                N. Woodmere NY 11581
                isaaclevin2010@gmail.com
                516-374-0188

                /s/ Ofra Levin
                Ofra Levin
                Plaintiff
                960 Cliffside Avenue
                N. Woodmere NY 11581
                ofrarlevin@gmail.com
                516-792-5858

Service on all attorneys by ECF.