Brian P. Scibetta, Esq.
MCCALLA RAYMER LEIBERT PIERCE, LLC
420 Lexington Avenue, Ste. 840
New York, NY 10170
Telephone: 347-286-7409
*Attorneys for Defendants, JPMorgan Chase Bank, N.A., Kevin McHale,
Datwan Green, Brandon North, and Mark T. Brewer*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFRA LEVIN AND ISAAC LEVIN,<br><br>    Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A., KEVIN MCHALE, DATWAN GREEN, AND BRANDON NORTH, MARK T. BREWER,<br><br>    Defendants. | *Document filed electronically*<br><br>Civil Action No.: 2:18-cv-03840-JMA-AYS<br><br>**CERTIFICATE OF SERVICE** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants, JPMorgan Chase Bank, N.A., Kevin McHale, Datwan Green, Brandon North, and Mark T. Brewer, in the above-captioned matter.

                                    MCCALLA RAYMER LEIBERT PIERCE, LLC
                                    *Attorneys for Defendants*

Dated:  March 4, 2019               By:   /s/ Brian P. Scibetta
                                          Brian P. Scibetta, Esq.