March 7, 2019

Hon. Joan M. Azrack
District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**   Docket# 18-cv-03840-JMA-AYS
  *Levin v. JP Morgan Chase, et. al.*

Dear Judge Azrack,

As the Court is aware, my name is Isaac Levin, the *Pro Se* Plaintiff in the above-subject matter and joining me in this correspondence is my wife, Plaintiff Ofra Levin (hereinafter referred to as "Plaintiffs").

On February 14, 2019, Plaintiffs received this Court's order seeking a stipulation from Plaintiffs that if they wish to be remanded to state court, they must provide a stipulation that they will seek no more than $74,999 in all damages. Plaintiffs response was due today March 7, 2019.

Plaintiffs are in need for several more days. Plaintiffs are searching the possibility of a TRO in State Supreme Court and will respond by March 11, 2019.

Respectfully submitted,

/s/ Isaac Levin
Isaac Levin
Plaintiff
960 Cliffside Avenue
N. Woodmere NY 11581
isaaclevin2010@gmail.com
516-374-0188

/s/ Ofra Levin
Ofra Levin
Plaintiff
960 Cliffside Avenue
N. Woodmere NY 11581
ofrarlevin@gmail.com
516-792-5858

Service on all attorneys via ECF.

1