March 11, 2019

Hon. Joan M. Azrack
District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**   Docket# 18-cv-03840-JMA-AYS
*Levin v. JP Morgan Chase, et. al.*

Dear Judge Azrack,

As the Court is aware, my name is Isaac Levin, the *Pro Se* Plaintiff in the above-subject matter and joining me in this correspondence is my wife, Plaintiff Ofra Levin (hereinafter referred to as "Plaintiffs").

On February 14, 2019, Plaintiffs received this Court's order seeking a stipulation from Plaintiffs that if they wish to be remanded to state court, they must provide a stipulation that they will seek no more than $74,999 in all damages. Plaintiffs response was due today March 7, 2019. Thereafter, on a request from Plaintiffs the time was extended to the 11th.

Plaintiffs decided to move back to state court after one and a half years of being in this Court.

The Court saw all the threats made by Chase and lies and distortions made by their attorney. Plaintiffs believe that the Court should still grant Plaintiffs' request for a preliminary injunction before remanding.

The Court also saw the lies by their attorney. Today it is Levin. Tomorrow it is the Smith family and so on. No one is excluded.

Respectfully submitted,

/s/ Isaac Levin
Isaac Levin
Plaintiff
960 Cliffside Avenue
N. Woodmere NY 11581
isaaclevin2010@gmail.com
516-374-0188

1

2

<u>/s/ Ofra Levin</u>
Ofra Levin
Plaintiff
960 Cliffside Avenue
N. Woodmere NY 11581
ofrarlevin@gmail.com
516-792-5858

Service on all attorneys via ECF.