UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
OFRA LEVIN and ISAAC LEVIN,

                             Plaintiffs

  -against-

JPMORGAN CHASE BANK, N.A., KEVIN McHALE,
DATWAN GREEN, BRANDON NORTH and MARK
T. BREWER,

                             Defendants.
-------------------------------------------------------------------------X

Docket #

2:18-cv-03840

## **STIPULATION**

Plaintiffs Ofra Levin and Isaac Levin stipulate that the amount in controversy in this action, including all compensatory and punitive damages, is less than $75,000. Plaintiffs agree that they do not, and will not, seek more than an aggregate of $74,999 in damages (exclusive of costs and interest) in this action

March 11, 2019

                                                                   Respectfully submitted,

                                                                   ISAAC LEVIN
                                                                   Plaintiff
                                                                   960 Cliffside Avenue
                                                                   N. Woodmere, NY 11581
                                                                   Isaaclevin2010@gmail.com
                                                                   516.374.0188

                                                                   OFRA LEVIN
                                                                   Plaintiff
                                                                   960 Cliffside Avenue
                                                                   N. Woodmere, NY 11581
                                                                   ofrarlevin@gmail.com